■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANTZ JOASSAINT, Appellant. [851 NYS2d 55]—Appeal by the defendant, as limited by his motion, from a resentence of the Supreme Court, Kings County (Marrero, J.), imposed February 28, 2005, on the ground that the resentence is excessive.

Ordered that the resentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Florio, Covello and Dickerson, JJ., concur.